# KLEIN & FOLCHETTI, P.C.

> Application granted. An Order of Reference will be docketed separately.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 35.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 7, 2021

ROBERT W. FOLCHETTI
Admitted in NY, CT & Federal Courts

\* Not for Service of Papers

WESTCHESTER COUNTY OFFICE
219 Westchester Avenue
Port Chester, New York 10573

September 3, 2021

**_VIA ECF_**

Hon. Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

    Re:    *McDonnell v. AMC Entertainment Holdings, Inc.*
            SDNY Docket No.: 7:20-cv-05378-PMH

Dear Honorable Sir:

    This office represents the plaintiffs in the above-referenced matter. This letter is to advise the Court that counsel for all parties agree that discovery is complete. Rather than waiting for a preliminary conference to be referred to a Magistrate Judge for settlement conferences, we respectfully request that the case be referred to a Magistrate Judge at this time.

    Thank you for your consideration.

                                                            Respectfully yours,

                                                            ROBERT W. FOLCHETTI (RF05527)

cc:    All Counsel (Via ECF)